**[J-48-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DONALD R. SISSON AND MARY SISSON, HIS WIFE, | : | No. 72 MAP 2015 |
| | : | |
| | : | Appeal from the Order of the Superior |
| Appellants | : | Court at No. 1347 MDA 2013 dated |
| | : | 1/27/15 affirming the judgment entered |
| v. | : | on 6/28/13 of the Susquehanna County |
| | : | Court of Common Pleas, Civil Division, |
| | : | at No. 2010-620-C.P. |
| JOSEPH STANLEY, HIS HEIRS, | : | |
| SUCCESSORS, EXECUTORS, | : | |
| ASSIGNS, AND ANY PERSONS | : | |
| CLAIMING BY, THROUGH, OR FROM | : | ARGUED:  May 10, 2016 |
| THEM, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                          **DECIDED:  July 19, 2016**

AND NOW, this 19th day of July, 2016, the above-captioned appeal is DISMISSED as having been improvidently granted.

Justice Donohue did not participate in the consideration or decision of this case.